IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDRE JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-923-RP |
| | § | |
| FRANK BISIGNANO, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff Andre Jackson's ("Plaintiff") appeal of a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying an application for disability benefits pursuant to 42 U.S.C. § 405(g). (R. & R., Dkt. 17). Pursuant to 28 U.S.C. § 636(b) and Rule 1(h) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his report and recommendation on April 17, 2026. (*Id.*). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 18).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 17), is **ADOPTED**. The decision of the Commissioner is **AFFIRMED** and Plaintiff's appeal is **DISMISSED**.

The Court will enter final judgment by separate order.

**SIGNED** on June 24, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2